# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA EX REL. ANDREW DARVIN HERSH, | : | No. 56 MM 2018 |
| | : | |
| Petitioner | : | |
| | : | |
| v. | : | |
| | : | |
| THE GENERAL ASSEMBLY OF PENNSYLVANIA, | : | |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 3rd day of May, 2018, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Prohibition is DENIED.